1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
    11332 Mountain View Ave., Suite C
3      Loma Linda, California 92354
4      Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
5      E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MARY COCHRAN, | No. EDCV 09-151 FMO |
| Plaintiff, | <u>ORDER AWARDING EAJA FEES</u> |
| v. | |
| MICHAEL J. ASTRUE, Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND FOUR HUNDRED DOLLARS and 00/cents ($3,400.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED:  6/23/10          _____/s/_____

HON. FERNANDO M. OLGUIN
UNITED STATES MAGISTRATE JUDGE

-1-